1  COUGHLIN STOIA GELLER
      RUDMAN & ROBBINS LLP
2  TRAVIS E. DOWNS III (148274)
   BENNY C. GOODMAN III (211302)
3  MARY LYNNE CALKINS (212171)
   655 West Broadway, Suite 1900
4  San Diego, CA  92101
   Telephone:  619/231-1058
5  619/231-7423 (fax)
   travisd@csgrr.com
6  bgoodman@csgrr.com
   mcalkins@csgrr.com
7          – and –
   JOHN K. GRANT (169813)
8  SHAWN A. WILLIAMS (213113)
   MONIQUE C. WINKLER (213031)          SCHIFFRIN, BARROWAY, TOPAZ
9  AELISH M. BAIG (201279)                 & KESSLER, LLP
   100 Pine Street, Suite 2600           ERIC L. ZAGAR
10 San Francisco, CA  94111              SEAN M. HANDLER
   Telephone: 415/288-4545              280 King of Prussia Road
11 415/288-4534 (fax)                   Radnor, PA  19087
   johnkg@csgrr.com                     Telephone:  610/667-7706
12 swilliams@csgrr.com                  610/667-7056 (fax)
   mwinkler@csgrr.com                   ezagar@sbclasslaw.com
13 abaig@csgrr.com                      shandler@sbclasslaw.com

14 Lead Counsel for Plaintiffs

15 [Additional counsel appear on signature page.]

16                  UNITED STATES DISTRICT COURT

17                NORTHERN DISTRICT OF CALIFORNIA

18                       SAN JOSE DIVISION

19 In re JUNIPER DERIVATIVE ACTIONS    )   No. 5:06-cv-03396-JW
                                        )
20 _____     )   STIPULATION AND [PROPOSED] ORDER
                                        )   CONSOLIDATING ACTIONS
21 This Document Relates To:            )
                                        )
22      ALL ACTIONS.                     )
   _____     )

23

24

25

26

27

28

1    Plaintiff Arlee C. Gowen ("Gowen"), lead plaintiffs in the consolidated action *In re Juniper*

2  *Derivative Actions*, Case 06-03396-CW, and defendants stipulate as follows:

3    On October 19, 2006, the Court entered an Order consolidating seven separately filed

4  derivative actions brought on behalf of nominal defendant Juniper Networks, Inc. ("Juniper").  The

5  seven actions were consolidated under the first-filed action, *Hill v. Gani*, Case 06-03396-JW, which

6  was re-titled as *In re Juniper Derivative Actions*.  Each of the actions made substantially similar

7  allegations relating to stock option granting practices at Juniper.

8    On August 21, 2007, an additional action was filed as *Gowen v. Kriens*, Case 07-04298-RS.

9  The *Gowen* action arises from the same set of facts alleged in the actions previously consolidated.

10    Accordingly, Gowen, lead plaintiffs in the consolidated action and defendants agree and

11  stipulate that the *Gowen* action is related to and should be consolidated with *In re Juniper Derivative*

12  *Actions*, Case 06-03396-JW.  Gowen agrees to be bound by the terms set forth in the Stipulation and

13  [Proposed] Order Consolidating Cases for All Purposes, Appointing Lead Plaintiff and Lead

14  Counsel, and Setting Schedule, dated August 31, 2006, to which lead plaintiffs and defendants are

15  already parties.

16    IT IS SO STIPULATED.

17  DATED:  September 6, 2007                    COUGHLIN STOIA GELLER
                                                  RUDMAN & ROBBINS LLP
18                                               JOHN K. GRANT
                                                 SHAWN A. WILLIAMS
19                                               MONIQUE C. WINKLER
                                                 AELISH M. BAIG
20

21
                                                        /s/
22                                               JOHN K. GRANT

23                                               100 Pine Street, Suite 2600
                                                 San Francisco, CA  94111
24                                               Telephone:  415/288-4545
                                                 415/288-4534 (fax)
25

26

27

28

1

2        COUGHLIN STOIA GELLER
           RUDMAN & ROBBINS LLP
3        TRAVIS E. DOWNS III
         BENNY C. GOODMAN III
         MARY LYNNE CALKINS
4        655 West Broadway, Suite 1900
         San Diego, CA  92101
5        Telephone:  619/231-1058
         619/231-7423 (fax)

6
         SCHIFFRIN, BARROWAY, TOPAZ
7           & KESSLER, LLP
         ERIC L. ZAGAR
8        SEAN M. HANDLER
         280 King of Prussia Road
9        Radnor, PA  19087
         Telephone:  610/667-7706
10       610/667-7056 (fax)

11       Lead Counsel for Plaintiffs

12       CICCARELLO DEL GIUDICE & LAFON
         MICHAEL J. DEL GIUDICE
13       TIMOTHY J. LaFON
         1219 Virginia Street East, Suite 100
14       Charleston, WV  25301
         Telephone:  304/343-4440
15       304/343-4464 (fax)

16       Additional Counsel for Plaintiffs

17  DATED:  September 6, 2007       WILSON SONSINI GOODRICH &
                                      ROSATI, P.C.
18                                  NINA F. LOCKER
                                    STEVEN GUGGENHEIM
19                                  JONI OSTLER

20

21                                            /s/
                                    JONI OSTLER
22
                                    650 Page Mill Road
23                                  Palo Alto, CA 94304-1050
                                    Telephone:  650/493-9300
24                                  650/493-6811 (fax)

25

26

27

28

STIPULATION AND [PROPOSED] ORDER CONSOLIDATING ACTIONS - 5:06-cv-03396-JW        - 2 -

Attorneys for Nominal Defendant Juniper Networks, Inc., and Defendants Scott G. Kriens, Stratton D. Sclavos, William R. Stensrud, Robert M. Calderoni, Kenneth A. Goldman, William R. Hearst III, Kenneth Levy, Frank J. Marshall, Robert R.B. Dykes, Pradeep Sindhu, James A. Dolce, Jr., Marcel L. Gani, Steven R. Haley and Peter L. Wexler

I, John K. Grant, am the ECF user whose ID and password are being used to file this STIPULATION AND [PROPOSED] ORDER CONSOLIDATING ACTIONS. In compliance with General Order 45, X.B., I hereby attest that Joni Ostler has concurred in this filing.

_____/s/_____
JOHN K. GRANT

\*     \*     \*

# O R D E R

*Gowen v. Kriens*, Case 07-04298-RS is related to and is hereby consolidated with *In re Juniper Derivative Actions*, Case 06-03396-JW consistent with the August 31, 2006 Stipulation and [Proposed] Order Consolidating Cases for All Purposes, Appointing Lead Plaintiff and Lead Counsel, and Setting Schedule.

IT IS SO ORDERED.

DATED: _____September 11, 2007_____     _____
THE HONORABLE JAMES WARE
UNITED STATES DISTRICT JUDGE

T:\CasesSF\Juniper Networks Derivative\STP00045024.doc

STIPULATION AND [PROPOSED] ORDER CONSOLIDATING ACTIONS - 5:06-cv-03396-JW        - 3 -

1

CERTIFICATE OF SERVICE

2          I hereby certify that on September 6, 2007, I electronically filed the foregoing with the Clerk

3  of the Court using the CM/ECF system which will send notification of such filing to the e-mail

4  addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I have

5  mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF

6  participants indicated on the attached Manual Notice List.

7          I certify under penalty of perjury under the laws of the United States of America that the

8  foregoing is true and correct.  Executed on September 6, 2007.

9

10                                                                    /s/
                                                            JOHN K. GRANT

11                                                  COUGHLIN STOIA GELLER
                                                          RUDMAN & ROBBINS LLP
12                                                  100 Pine Street, 26th Floor
                                                    San Francisco, CA  94111
13                                                  Telephone:  415/288-4545
                                                    415/288-4534 (fax)
14

15                                                  E-mail: jkgrant@csgrr.com

16

17

18

19

20

21

22

23

24

25

26

27

28

# Mailing Information for a Case 5:06-cv-03396-JW

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Travis E. Downs , III**
  travisd@csgrr.com,e_file_sd@csgrr.com

- **Robert S. Green**
  CAND.USCOURTS@CLASSCOUNSEL.COM

- **Elizabeth C Guarnieri**
  CAND.USCOURTS@classcounsel.com

- **Sean M. Handler , Esq**
  ecf_filings@sbtklaw.com,der_filings@sbtklaw.com.com

- **Willem F. Jonckheer**
  wjonckheer@schubert-reed.com

- **Reed R. Kathrein**
  reed@hbsslaw.com,nancyq@hbsslaw.com

- **Betsy Carol Manifold**
  manifold@whafh.com

- **Joni L. Ostler**
  jostler@wsgr.com,pbaird@wsgr.com

- **Arthur L. Shingler , III**
  ashingler@scott-scott.com,ssawyer@scott-scott.com

- **Gregory Lewis Watts**
  gwatts@wsgr.com,lbeltran@wsgr.com

- **Eric L. Zagar**
  ezagar@sbtklaw.com,kpopovich@sbtklaw.com,der_filings@sbtklaw.com,rwinchest

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to

select and copy this list into your word processing program in order to create notices or
labels for these recipients.

**Trevan Borum**
Schiffrin & Barroway LLP
280 King of Prussia Road
Radnor, PA 19087

**Todd Mosser**
Schiffrin & Barroway, LLP
280 King of Prussia Road
Radnor, PA 19087

**New York City Pension Funds**
Three Embarcadero Center
Suite 1650
San Francisco, CA 94111

**Darren Jay Robbins**
Coughlin Stoia Geller Rudman & Robbins LLP
655 West Broadway
Suite 1900
San Diego, CA 92101

**Sandra G. Smith**
Schiffrin Barroway Topaz & Kessler, LLP
280 King of Prussia Road
Radnor, PA 19087